IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>CRESSMAN JR., WILLIAM SCOT<br><br>Debtor | Case No. 19-40330<br>Chapter 7 |

## MOTION TO DISMISS CHAPTER 7 BANKRUPTCY

YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING **WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE** SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

COMES NOW Mark A. Weisbart, Chapter 7 Trustee, and files this Motion to Dismiss Chapter 7 Bankruptcy and in support hereof, would show the Court as follows:

1. On February 4, 2019, a voluntary petition under Chapter 7 of the Bankruptcy Code was filed by the Debtor and Mark A. Weisbart was appointed as Trustee.

2. Debtor has failed to appear at two (2) meetings of creditors scheduled for March 11, 2019 and April 8, 2019.

3. Trustee therefore requests that this case be dismissed.

WHEREFORE Trustee prays that the Court enter an Order dismissing this case and granting Trustee such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, this the 23rd day of May 2019.

/s/ Mark A. Weisbart
Mark A. Weisbart

```
Label Matrix for local noticing          Anwar de Armando Cossa              Conn Appliances, Inc.
0540-4                                    1533 Crested Butte Drive            c/o Becket and Lee LLP
Case 19-40330                             Lewisville, TX 75077-7529           PO Box 3002
Eastern District of Texas                                                     Malvern, PA 19355-0702
Sherman
Thu May 23 18:49:11 CDT 2019

William Scot Cressman Jr.                 Department of Education             Hometowne Capitol
1516 Gunnison Trail                       Mohela                              P.O. Box 10021
Lewisville, TX 75077-7541                 P.O. Box 105347                     Nashville, TN 37224
                                          Atlanta, GA 30348-5347


U.S. Attorney General                     US Trustee                          Mark A. Weisbart
Department of Justice                     Office of the U.S. Trustee          The Law Office of Mark A. Weisbart
Main Justice Building                     110 N. College Ave.                 12770 Coit Road, Suite 541
10th & Constitution Ave., NW              Suite 300                           Dallas, TX 75251-1366
Washington, DC 20530-0001                 Tyler, TX 75702-7231


Westlake Financial
P.O. Box 76809
Los Angeles, CA 90076-0809
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Conn Appliances, Inc.                  End of Label Matrix
c/o Becket and Lee LLP                    Mailable recipients     9
PO Box 3002                               Bypassed recipients     1
Malvern PA 19355-0702                     Total                  10
```